IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smart, Bobbie J

Printed: 12/23/08

Case Number: 05 B 38729
Judge: Wedoff, Eugene R
Filed: 9/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 23, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,139.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,936.90 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,462.20 |
| Trustee Fee: |  | 492.90 |
| Other Funds: |  | 247.00 |
| Totals: | 9,139.00 | 9,139.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,462.20 | 2,462.20 |
| 2. | Commercial Equity Corporation | Unsecured | 825.70 | 1,410.19 |
| 3. | United States Dept Of Education | Unsecured | 2,650.49 | 4,526.71 |
| 4. | Oak Park Hospital | Unsecured |  | No Claim Filed |
| 5. | Check N Go | Unsecured |  | No Claim Filed |
| 6. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | First National Credit Card | Unsecured |  | No Claim Filed |
| 9. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 10. | First Premier | Unsecured |  | No Claim Filed |
| 11. | Loyola University Phys Foundation | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,938.39 | $ 8,399.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 64.69 |
| 5% | 19.50 |
| 4.8% | 37.36 |
| 5.4% | 266.88 |
| 6.5% | 96.32 |
| 6.6% | 8.15 |
|  | $ 492.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smart, Bobbie J | Case Number:  05 B 38729 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  9/20/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

